UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAMANAN RAMDEO,
        Petitioner,

v.

UNITED STATES OF AMERICA
DEPARTMENT OF IMMIGRATION,
        Respondent.

CIVIL ACTION

NO.   03-12443-RCL

O R D E R

LINDSAY, D. J.

       On November 20, 2003, petitioner Ramanan Ramdeo, an immigration detainee currently confined at the Plymouth County Correctional Facility, filed a petition seeking release; paid the $5 filing fee, and submitted an application for waiver of the filing fee

       ACCORDINGLY,

       (1) The application for waiver of prepayment of the filing fee is denied as moot because petitioner has paid the filing fee; and

       (2) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (i) Sheriff Joseph F. McDonough, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA  02360; (ii) the United States Attorney; AND (iii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA  02114 AND

       (3) The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading  AND

       (4) The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

12/9/03                         s/ Reginald C. Lindsay
Date                            United States District Judge