United State District Court
Office of the Clerk

03-12443 RCL
Referred to MJ JLA

I am currently being detained at the Plymouth County Correctional Facility in Plymouth Massachusetts. I have been detained by I.N.S. for over 13 months. As I have been detained for more than 90 days I respectfully request that I be released subject to I.N.S. supervision pursuant to Section 241(a) of the Immigration and Nationality Act. I was ordered deported March 27 2003. However Guyana has refused to issue travel documents consequently I have been incarcerated in this facility for over 7 months after a final order of deportation. I believe I should not be forced to remain in detention forever solely because the government of Guyana refuses to take action in my case; and because of the following reasons:

1: My family has suffered great hardship due to my extended incarceration my mother Hirday Baldeo, my father Ramdeo

2

Baldeo, my daughter Victoria Ramogo, who is 3 years old my fiance Heather Bradley, my sister Yamine Singh, and my other sister Sandy Abushie, whom are all United State citizens.

2. When I am released I will be living at 3 Christopher St Dorchester MA. with my family where we have lived for the past 14 years.

3. I am not a flight risk or a danger to the community. I attend Christ Church of Rock on Plesant St. Dorchester MA. which has several after school programs in which I was involved and contributed much of my time to the community.

4. Due to my extensive experience in the printing industries, I will be able to go out to the job market and secure a well paying job as a level 2 printer which I have been doing for the past 10 years.

5. I feel remorse for my participation in those acts which led to my criminal records. I have taken corses to rehabilitate my self so I can change and not make the same mistakes again. I want

③

MY FAMILY TO BE PROUD OF ME AND TO BE A PRODUCTIVE MEMBER OF SOCIETY.

FOR THE REASONS STATED ABOVE I ASK YOU TO GRANT ME SUPERVISE RELEASE SO THAT I MAY SUPPORT MY FAMILY AND NO LONGER BE A FINANCIAL BURDEN TO SOCIETY.

RESPECTFULLY SUBMITTED

*Ramanan Ramdeo*

RAMANAN RAMDEO #36483129
26 LONG POND ROAD
PLYMOUTH MA