UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED

2004 JAN 13 P 4: 14

U.S. DISTRICT COURT
DISTRICT OF MASS

RAMANAN RAMDEO, )
　)
　　　Petitioner )
　)   Civil Action No.
v. )   03cv12443-RCL
　)
UNITED STATES OF AMERICA )
DEPARTMENT OF IMMIGRATION, )
　)
　　　Respondent )

RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

In compliance with[1] the Order of the Court dated December 9, 2003, Respondent Bureau of Immigration and Customs Enforcement hereby informs the Court of its intention to execute the final order of removal against petitioner **on February 5, 2004.**

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　United States Attorney

By:　　　_____
　　　　　FRANK CROWLEY
　　　　　Special Assistant U.S. Attorney
　　　　　Department of Homeland Security
　　　　　P.O. Box 8728
　　　　　J.F.K. Station
　　　　　Boston, MA 02114
　　　　　(617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003, the responsive successor official of the Department of Homeland Security having control of petitioner's custody in the instant action is Bruce Chadbourne, Interim Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on January 13, 2004.

*/s/*

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114