UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RAMANAN RAMDEO,                )
                               )
          Petitioner           )
                               )   Civil Action No.
     v.                        )   03cv12443-RCL
                               )
UNITED STATES OF AMERICA       )
DEPARTMENT OF IMMIGRATION,     )
                               )
          Respondent           )

## MOTION TO DISMISS

Respondent[1] ICE moves to dismiss this action pursuant to Fed. R. Civ. P. rules 12(b)(6) for failure to state a claim upon which relief may be granted.

## L.R. 7.1(A)(2) CERTIFICATE STATEMENT

Respondent respectfully takes the position that because the petitioner is pro se and detained in a State facility, the requirement of L.R. 7.1(A)(2) regarding counsels' certification of resolution efforts is inapplicable. Alternatively, because petitioner is an alien currently incarcerated in a State correctional facility, counsel for the respondent respectfully requests leave to file this Motion without an L.R. 7.1(A)(2) conference.

---

[1] As of a DHS restructuring effective June 9, 2003, the responsive successor official of the Department of Homeland Security having control of petitioner's custody in the instant action is Bruce Chadbourne, Interim Field Director for Detention

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

              By:        _____
                         FRANK CROWLEY
                         Special Assistant U.S. Attorney
                         Department of Homeland Security
                         P.O. Box 8728
                         J.F.K. Station
                         Boston, MA 02114
                         (617) 565-2415
```

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on January 13, 2004.

```
                         _____
                         FRANK CROWLEY
                         Special Assistant U.S. Attorney
                         Department of Homeland Security
                         P.O. Box 8728
                         J.F.K. Station
                         Boston, MA 02114
```

---

and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.