UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION
NO. 03-12443-RCL

RAMANAN RAMDEO
    Petitioner

v.

UNITED STATES OF AMERICA
DEPARTMENT OF IMMIGRATION,
    Respondent.

NOTICE OF APPEARANCE

Please enter my appearance for the Petitioner.

Respectfully submitted,

*[signature]*
Derege B. Demissie
DEMISSIE & ASSOCIATES
929 Massachusetts Avenue, Suite 01
Cambridge, MA 02139
617-354-3944

## CERTIFICATE OF SERVICE

I, Derege B. Demissie, Esquire, hereby certify that I have served the Petitioner's Motion for an Order of Release and Notice of Appearance to Sheriff Joseph F. McDonough, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02114 and Frank Crowley, Esq., Special Assistant United States Attorney, Department of Homeland Security, P.O. Box 8728, JFK Station, Boston, MA 02114, via first-class mail, postage pre-paid on January 16, 2004.

Derege B. Demissie