UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**RAMANAN RAMDEO**

V.                                  CIVIL ACTION NO. <u>03-12443-RCL</u>

**UNITED STATES**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Order of <u>March 30, 2004</u> allowing the motion to dismiss of the defendant <u>United States of America Department of Immigration</u>, Judgment is hereby entered as follows: <u>Judgment for the defendant United States of America Department of Immigration</u> dismissing this action.

/s/ Lisa M. Hourihan

March 31, 2004                    ---------------------------
                                   Deputy Clerk

Case 1:03-cv-12443-RCL    Document 11    Filed 03/31/2004    Page 2 of 2